UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NUMBER: 2:11-mj-00157 KJN |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| DAVID WAYNE WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

**FILED**

June 8, 2011

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  David Wayne Williams ; Case 2:11-mj-00157

KJN  from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

             \_\_    Release on Personal Recognizance

             \_\_    Bail Posted in the Sum of _____

             \_\_    Unsecured Appearance Bond in the amount of $

             \_\_    Appearance Bond with 10% Deposit

             \_\_    Appearance Bond secured by Real Property

             \_\_    Corporate Surety Bail Bond

              X     (Other) Previosly ordered Supervised Release Conditions.

Issued at  Sacramento, CA  on  6/8/2011  at  2³⁰ p.m. .

By  _____
Kendall J. Newman
United States Magistrate Judge